IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


KELLY J. GIBSON                                                    PLAINTIFF


v.                          CASE NO. 3:07CV00154 BSM


RICELAND FOODS                                                    DEFENDANT


## ORDER

Currently pending before the court is the parties' Joint Motion for Continuance of

Discovery Deadlines, Motions Deadlines, and Trial [Doc. #23].  For good cause shown, the

motion will be granted and a new scheduling order will be issued.

IT IS SO ORDERED this 22nd day of July, 2008.


_____
UNITED STATES DISTRICT JUDGE