**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**KELLY GIBSON**                                                                          **PLAINTIFF**

**v.**                               **CASE NO. 3:07CV00154 BSM**

**RICELAND FOODS**                                                                **DEFENDANTS**

## ORDER

Pending before the court are plaintiff's motion for leave to file an amended complaint [Doc. No. 30] and defendant's response to the motion and motion to strike jury trial request [Doc. No. 31]. After careful review, the court grants plaintiff's motion for leave to file an amended complaint [Doc. No. 30] and denies the defendant's motion to strike from the amended complaint plaintiff's demand for jury trial [Doc. No. 31]. The clerk is directed to file the plaintiff's amended complaint.

IT IS SO ORDERED this 19th day of March, 2009.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE