**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**KELLY GIBSON**                                                        **PLAINTIFF**

**v.**                       **CASE NO. 3:07CV00154 BSM**

**RICELAND FOODS**                                    **DEFENDANTS**

**ORDER**

Pending before the court is plaintiffs' motion to dismiss this action with prejudice ((Doc. #39) stating that the parties have settled their dispute.

IT IS THEREFORE ORDERED that the motion be, and is hereby granted, and the action is dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

If the parties wish for the court to be available to enforce the terms of the settlement agreement, they are directed to reduce it to writing and file same with the court within 60 days from the date of this order. The court retains complete jurisdiction for 60 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 14th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE